JOHN E. KUHN, JR.
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:22-cr-00032-SLG-MMS |
| Plaintiff, | ) ) | COUNT 1: |
| vs. | ) ) ) | FELON IN POSSESSION OF A FIREARM |
| ROBERT ALLEN CARLESON, | ) ) | Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Defendant. | ) ) ) ) ) ) | CRIMINAL FORFEITURE ALLEGATION: Vio. of 18 U.S.C. §§ 924(d), 28 U.S.C. 2461(c), and Rule 32.2 |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about January 27, 2021, within the District of Alaska, the defendant,

ROBERT ALLEN CARLESON, knowing he had been convicted of the following crime

punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit:

1. One .22 caliber German Sport Gun model 1911.

Conviction

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| April 21, 2016 | Burglary in the Second Degree | State of Alaska, Third Judicial District at Anchorage | 3AN-16-1995 CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g) set forth in Count 1 of this Indictment, the defendant, ROBERT ALLEN CARLESON, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. One .22 caliber German Sport Gun model 1911, serial number A819390.

//
//
//
//

Page 2 of 3

Case 3:22-cr-00032-SLG-MMS   Document 2   Filed 04/21/22   Page 2 of 3

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2.

A TRUE BILL.

                                                    s/ Grand Jury Foreperson
                                                    GRAND JURY FOREPERSON

s/ Kelly Cavanaugh
KELLY CAVANAUGH
Assistant U.S. Attorney
United States of America

s/ John E. Kuhn, Jr.
JOHN E. KUHN, JR.
United States Attorney
United States of America

DATE:  April 19, 2022